# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEY ROBERSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 3:16-cv-04459 RS<br><br>Honorable Richard Seeborg<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>(FRCP 41(a))<br><br>Complaint Filed:　August 8, 2016 |

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 3:16-cv-04459 RS
36248710v1 0990036

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the entre action is hereby dismissed with prejudice.  Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: __3/15_____, 2017           _____
                                    HONORABLE RICHARD SEEBORG
                                    U.S. DISTRICT COURT JUDGE

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 3:16-cv-04459 RS
36248710v1 0990036